**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**IVAN ESPINOZA**
**REG # 18154-029** **PETITIONER**

**v.** **Case No. 2:26-cv-00098-JM-BBM**

**C. HUMPHREY, Warden** **RESPONDENT**

## ORDER

Petitioner Ivan Espinoza has not complied with the June 23, 2026 Order directing him to pay the filing and administrative fees for this case or to complete and file a motion to proceed *in forma pauperis*. *Doc. 5.* The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. *See* LOCAL RULE 5.5(c)(2); FED. R. CIV. P. 41(b). The Court certifies under 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this order or the accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 24th day of August, 2026.

UNITED STATES DISTRICT JUDGE