**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**IVAN ESPINOZA** **PETITIONER**
**REG # 18154-029**

**v.** **Case No. 2:26-cv-00098-JM-BBM**

**C. HUMPHREY, Warden** **RESPONDENT**

**JUDGMENT**

Consistent with the order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 24th day of August, 2026.

UNITED STATES DISTRICT JUDGE